UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| AUSTIN SUMMITT, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No.: 3:20-CV-473-CLC-HBG |
| CORPORAL LONGMIRE and CORPORAL DYCZARICK, | ) ) ) ) | |
| Defendants. | ) | |

# JUDGMENT ORDER

In accordance with the Memorandum entered today, Plaintiff's motion to dismiss this pro se prisoner's civil rights action for violation of 42 U.S.C. § 1983 [Doc. 51] is **GRANTED**, and this action is **DISMISSED WITHOUT PREJUDICE**. Defendant Dyczarick's motion for summary judgment [Doc. 27] is **DENIED AS MOOT**.

Further, the Court **CERTIFIED** in the Memorandum that any appeal from this order would not be taken in good faith, so should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
   s/ *LeAnna R. Wilson*
  CLERK OF COURT